Argued and submitted May 4, review dismissed as improvidently allowed
August 3, 1995

In the Matter of the Compensation of
Robert L. Dietz, Claimant.

Robert L. DIETZ,
*Petitioner on Review,*

*v.*

RAMUDA
and SAIF Corporation,
*Respondents on Review.*

(WCB 92-09712; CA A81010; SC S41759)

898 P2d 768

Floyd H. Shebley, Oregon City, argued the cause and filed the briefs for petitioner on review.

David L. Runner, Assistant Attorney General, Salem, argued the cause for respondent on review SAIF Corporation. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance for respondent on review Ramuda.

Before Gillette, Presiding Justice, and Van Hoomissen, Fadeley, Unis, Graber, and Durham, Justices.**

MEMORANDUM OPINION

Review dismissed as improvidently allowed.

Fadeley and Durham, JJ., would not dismiss.

** Carson, C. J., did not participate in this decision.